**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JERVIS B. WEBB COMPANY,

    Plaintiff,

v.

    CASE NO. 07-10571
    HON. LAWRENCE P. ZATKOFF
    MAG. VIRGINIA M. MORGAN

THE KENNEDY GROUP, a/k/a
KENNEDY AUTOMATION LIMITED,

    Defendant,

and

THE KENNEDY GROUP, a/k/a
KENNEDY AUTOMATION LIMITED,

    Counter-Plaintiff,

v.

JERVIS B. WEBB COMPANY and SAFECO
INSURANCE COMPANY OF AMERICA,

    Counter-Defendants.
_____/

## **ORDER**

    This matter comes before the Court on Plaintiff / Counter-Defendants' Motion to Dismiss Counterclaims or to Add True Party in Interest [dkt 63] and Motion for Summary Judgment Awarding Offset [dkt 64]. These Motions were filed on June 25, 2008, and July 16, 2008, respectively. The dispositive motion cut-off date in this matter, however, was February 19, 2008. Accordingly, Plaintiff / Counter-Defendants' Motions are untimely. Therefore,

    IT IS ORDERED that Plaintiff / Counter-Defendants' Motion to Dismiss Counterclaims or

to Add True Party in Interest [dkt 63] is DENIED.

IT IS FURTHER ORDERED that Plaintiff / Counter-Defendants' Motion for Summary Judgment Awarding Offset [dkt 64] is DENIED.

IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: August 5, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 5, 2008.

                                              S/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290